IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 121-068-9 |
| | * | |
| CLAUDINE NOELLA SINCLAIR | * | |

O R D E R

Before the Court is Defendant Claudine Noella Sinclair's motion for early termination of her probation sentence. Defendant was sentenced to serve 3 years of probation on August 17, 2022, after pleading guilty to one count of unlawful use of a communication facility. The Government opposes the motion since she has only served 1/3 of her sentence.

Defendant has complied with the conditions of her probation, and she has completed her community service and paid her fine. She has maintained a stable residence and steady employment. Nevertheless, upon consideration of the factors of 18 U.S.C. § 3553(a), the Court will not exercise its discretion to terminate Defendant's probation because it is premature; an early termination at this point would not reflect the seriousness of her offense, promote respect for the law, provide just punishment, or afford adequate deterrence. Accordingly, Defendant's motion for early termination of probation (doc. 272) is **DENIED** without

prejudice to Defendant to renew the motion upon completion of two years of her probationary sentence.

**ORDER ENTERED** at Augusta, Georgia, this ___7th___ day of November, 2023.

```
_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```